UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| R. WAYNE KLEIN, the Court-Appointed Receiver of Trigon Group, Inc. and for the assets of Daren L. Palmer,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHAN D. LAWSON, an individual,<br><br>Defendant. | Case No. CV10-197-E-EJL<br><br>JUDGMENT |

Pursuant to the Memorandum Order entered on May 28, 2013 (Dkt. 23), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff R. Wayne Klein, the Court-Appointed Receiver of Trigon Group, Inc. and all of the assets of Daren L. Palmer, take Judgment against Defendant Stephan D. Lawson in the amount of $20,000, plus pre-judgment interest in the amount of $11,388.49, for a total judgment of $31,388.49, together with post-judgment interest under 28 U.S.C. § 1961 from the date the Judgment is entered by the Court.

DATED: June 10, 2013

Edward J. Lodge
United States District Judge